PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF A BLACK JEEP WRANGLER, WITH LICENSE PLATE 7NVV116, VIN # 1C4BJWDGGL104457 | CASE NO. 2:16-SW-509 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: 11-18-2016

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

FILED
NOV 18 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK